FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0575

RIKKI HELD, ET AL.,

*Plaintiffs and Appellees*,

v.

STATE OF MONTANA, ET AL.,

*Defendants and Appellants*.

On appeal from the Montana First Judicial District Court, Lewis and Clark County Cause No. CDV 2020–307, the Honorable Kathy Seeley, Presiding

## ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

Proposed Amici Curiae Outdoor Recreation Industry Members have filed a Motion for Leave to File an Amicus Brief in the above-captioned matter. Having considered the unopposed Motion, and good cause appearing:

IT IS ORDERED by this Court that Outdoor Recreation Industry Members are hereby granted leave to file an amicus brief in the above-captioned matter no later than March 14, 2024.

Dated: March ____, 2024

_____
Justice, Montana Supreme Court

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024